1

**Honorable Benjamin H. Settle**

2

3

4

5

6

7    **UNITED STATES DISTRICT COURT**
     **WESTERN DISTRICT OF WASHINGTON**
8    **AT TACOMA**

9

10   UNITED STATES OF AMERICA,                NO. 3:14-MC-05030-BHS

11                    Plaintiff,              (3:13-CR-5568-BHS-1)

12           v.                              **Order Terminating**
                                             **Garnishment Proceeding without**
13   PETER GIBNEY,                           **Prejudice**

14           Defendant/Judgment Debtor,

15           and

16   MASTERS. MATES & PILOTS PLANS,

17                    Garnishee.

18

19        This matter came before the Court on the United States' Application to

20   Terminate Garnishment Proceeding without Prejudice.  For the reasons stated in the

21   United States' Application, the Court concludes that this Garnishment should be

22   terminated without prejudice, pursuant to 28 U.S.C. § 3205(c)(10)(A).

23        IT IS ORDERED that the garnishment is terminated without prejudice and

24   that the Garnishee, Masters, Mates & Pilots Plans, is relieved of further

25   responsibility pursuant to this garnishment.

26   //

27   //

28

[Proposed] ORDER TERMINATING GARNISHMENT PROCEEDING           UNITED STATES ATTORNEY
WITHOUT PREJUDICE (*USA v. Peter Gibney and Masters, Mates & Pilots Plans,*      700 Stewart Street, Suite 5220
*Nos. 3:14-mc-5030-BHS / 3:13-cr-5568-BHS-1*) – 1                 Seattle, Washington 98101-1271
                                                                        (206) 553-7970

1   DATED this ⎵⎵ day of ⎵⎵⎵⎵⎵⎵⎵, 2015.

2

3   ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵

4   BENJAMIN H. SETTLE
    UNITED STATES DISTRICT COURT JUDGE

5

6

7   Presented by:

8   s/ Kyle A. Forsyth
    ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵
9   KYLE A. FORSYTH
    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] ORDER TERMINATING GARNISHMENT PROCEEDING
WITHOUT PREJUDICE (*USA v. Peter Gibney and Masters, Mates & Pilots Plans,*
*Nos. 3:14-mc-5030-BHS / 3:13-cr-5568-BHS-1)* – 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970